IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

BARBARA JUDKINS, on behalf of )
herself and all others )
similarly situated, )
                             )    No. 4:12-cv-00293-RP-CFB
       Plaintiff, )
                             )
vs. )  ORDER ADOPTING SCHEDULING
                             )  ORDER AND DISCOVERY PLAN,
SOUTHERNCARE, INC., )
                             )
       Defendant. )

The Court has reviewed the parties' proposed scheduling order [5].  The following deadlines are set:

1.  Initial disclosures by: **November 26, 2012.**

2.  Collective Action Conditional Certification:

     a.  Plaintiff will file her motion for collective action conditional certification pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b) on or before **January 21, 2013.**

     b.  The parties shall have until **January 15, 2013**, to engage in limited discovery (including time for possible deposition of the named Plaintiff) related to Plaintiff's motion for collective action certification pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b).

     c.  Defendant shall file its resistance to Plaintiff's motion for collective action certification pursuant to

the Fair Labor Standards Act, 29 U.S.C. § 216(b) by **February 18, 2013.**

d.   Plaintiff's reply to Defendant's resistance shall be filed by **March 1, 2013.**

3.   After a ruling has been entered regarding the conditional collective action certification, the parties shall have ten days following the entry of that ruling to either file a stipulated proposed scheduling order setting all remaining deadlines, or notify the Court they are prepared to participate in a scheduling conference during which all remaining deadlines will be set.

IT IS SO ORDERED.

Dated this 5th day of October, 2012.

_____
CELESTE F. BREMER
UNITED STATES MAGISTRATE JUDGE