IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DEBORAH MILLER, | ) | |
| | ) | No. 4:12-cv-00293-RP-CFB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATED |
| | ) | DISMISSAL WITH PREJUDICE |
| SOUTHERNCARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COME NOW the Plaintiff, Barbara Judkins, on behalf of herself and all others similarly situated, and Defendant SouthernCare, Inc., and hereby stipulate that the above case be dismissed, with prejudice.

By: /s/ Harley C. Erbe
Harley C. Erbe, AT002430
ERBE LAW FIRM
2501 Grand Avenue
Des Moines, IA  50312
Telephone: 515-281-1460
Facsimile:  515-281-1474
E-mail:  erbelawfirm@aol.com
ATTORNEYS FOR PLAINTIFFS


By: /s/ Thomas D. Wolle
Kevin J. Visser
Thomas D. Wolle
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401
Telephone: 319-366-7641
Facsimile:  319-366-1917
E-mail: kvisser@simmonsperrine.com
E-mail: twolle@simmonsperrine.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, I filed the foregoing **Stipulated Dismissal With Prejudice** with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Harley C. Erbe
Erbe Law Firm
2501 Grand Avenue
Des Moines, IA 50312
erbelawfirm@aol.com

/s/ Thomas D. Wolle